# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | SACV 11-00214-JVS(RNBx) |
| Title: | Jose R. Martinez et al. v. The Walt Disney Co., et al. |
| Date | March 22, 2013 |

Present: The Honorable **JAMES V. SELNA**

| Karla J. Tunis | Sharon Seffens |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

**CART INTERPRETER:** Debbie Gale, present

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| David Geffin / Trevor Finneman | Mark Litvak / Ellen Cohen |

**4th** **Day Court Trial**     Day Jury Trial

    One day trial:     Begun (1st day);     Held & Continued;    **X**  **Completed by decision by Court.**

    The Jury is impaneled and sworn.
    Opening statements made by
    Witnesses called, sworn and testified.    Exhibits Identified    Exhibits admitted.
    Plaintiff(s) rest.    Defendant(s) rest.
    Closing arguments made by    plaintiff(s)    defendant(s).    Court instructs jury.
    Jury polled.    Polling waived.
    Filed Witness & Exhibit Lists    Filed jury notes.    Filed jury instructions.
**X** **Judgment by Court for**        **X** **plaintiff(s) in part**    **X** **defendant(s) in part**
    Findings, Conclusions of Law & Judgment to be prepared by    plaintiff(s)    defendant(s).
    Case submitted.    Briefs to be
    Motion to dismiss by        is    granted.    denied.
    Motion for mistrial by        is    granted.    denied.
    Motion for Judgment/Directed Verdict by        is    granted.    denied.
    Motion for Judgment/Directed Verdict by        is    granted.    submitted
    Settlement reached and placed on the record.
    Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
    Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
    Trial subpoenaed documents returned to subpoenaing party.
    **Case continued**        for further trial/further jury deliberation.
**X** **Other**    The Court states its findings of fact and conclusions of law for the record.
        **Counsel for plaintiff shall prepare, serve and lodge a proposed form of Judgment within seven (7) days.**

                                1 : 10
                                Initials of Deputy Clerk   kjt

cc: